# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILDEARTH GUARDIANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 17-2665 (ABJ) |
| ) | |
| BUREAU OF LAND MANAGEMENT, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S STATUS REPORT

Defendant, the United States Bureau of Land Management ("BLM"), respectfully files this status report to apprise the Court of its progress in processing Plaintiff's Freedom of Information Act ("FOIA") request.

1. Following the status conference on May 10, 2018, the Court ordered BLM to process at least 1,000 pages per month and to file monthly status reports on its progress. *See* May 18, 2018, Minute Order.

2. On May 30, 2018, BLM released to plaintiff 840 pages of records.

3. On June 30, 2018, BLM released 1,509 pages of records, well over the 1,000 required by the Court and an amount which more than made up for the slight shortfall in documents produced to Plaintiff in May.

4. On July 30, 2018, BLM released over 1,500 pages of records, well over the 1,000 required by the Court.

5. On August 31, 2018, BLM released 2,401 pages of records, well over the 1,000 required by the Court.

6. In September 2018, BLM released approximately 2,500 pages of records, well over the 1,000 required by the Court.

7. In October 2018, BLM released approximately 2,000 pages of records, well over the 1,000 required by the Court.

8. On November 30, 2018, BLM released over 2,000 pages of records, well over the 1,000 required by the Court.

9. In December 2018, BLM released approximately 2,300 pages of records, well over the 1,000 required by the Court.

10. On January 31, 2019, BLM released approximately 2,000 pages of records, well over the 1,000 required by the Court.

11. On February 28, 2019, BLM released approximately 2,700 pages of records, well over the 1,000 required by the Court.

12. On March 29, 2019, BLM released approximately 2,356 pages of records, well over the 1,000 required by the Court.

13. On April 30, 2019, BLM released approximately 4,852 pages of records, well over the 1,000 required by the Court.

14. On May 30, 2019, BLM released approximately 1,760 pages of records, well over the 1,000 required by the Court.

15. On June 28, 2019, BLM released approximately 5,130 pages of records, well over the 1,000 required by the Court.

16. On July 31, 2019, BLM released approximately 1,700 pages of records, well over the 1,000 required by the court.

17. On August 30, 2019, BLM released approximately 4,370 pages of records, well over the 1,000 required by the court.

18. BLM remains on track for the September 2019 production.

Defendant proposes that it file another status report by September 30, 2019.

Dated: August 30, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/  *Christopher Hair*
CHRISTOPHER HAIR, PA Bar No. 396656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendant*