UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 17-2665 (ABJ) |
| ) | |
| BUREAU OF LAND MANAGEMENT, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S STATUS REPORT**

Defendant, the United States Bureau of Land Management ("BLM"), respectfully files this status report to further apprise the Court of its progress in processing Plaintiff's Freedom of Information Act ("FOIA") request. Following the Court's status conference held on May 10, 2018, the Court ordered BLM to process at least 1,000 pages per month and to file monthly status reports regarding its progress. Except for its first production, which was slightly less than the 1,000 pages required by the Court, BLM has exceeded this requirement for each of its 33 productions in this action, as listed below:

| Production | Date | Pages (approximate) |
|---|---|---|
| 1 | May 30, 2018 | 840 |
| 2 | June 30, 2018 | 1,509 |
| 3 | July 30, 2018 | 1,500 |
| 4 | August 31, 2018 | 2,401 |
| 5 | September 2018 | 2,500 |
| 6 | October 2018 | 2,000 |

| 7  | November 30, 2018  | 2,000  |
|----|--------------------|--------|
| 8  | December 2018      | 2,300  |
| 9  | January 31, 2019   | 2,000  |
| 10 | February 28, 2019  | 2,700  |
| 11 | March 29, 2019     | 2,356  |
| 12 | April 30, 2019     | 4,852  |
| 13 | May 30, 2019       | 1,760  |
| 14 | June 28, 2019      | 5,130  |
| 15 | July 31, 2019      | 1,700  |
| 16 | August 30, 2019    | 4,370  |
| 17 | September 30, 2019 | 2,700  |
| 18 | October 31, 2019   | 4,600  |
| 19 | November 29, 2019  | 5,200  |
| 20 | December 31, 2019  | 5,000  |
| 21 | January 31, 2020   | 7,000  |
| 22 | February 28, 2020  | 10,665 |
| 23 | March 31, 2020     | 4,800  |
| 24 | April 30, 2020     | 2,600  |
| 25 | May 29, 2020       | 7,700  |
| 26 | June 30, 2020      | 2,200  |
| 27 | July 31, 2020      | 1,340  |
| 28 | August 31, 2020    | 1,340  |
| 29 | September 30, 2020 | 1,196  |

| 30 | October 30, 2020 | 1,250 |
| 31 | November 30, 2020 | 2,489 |
| 32 | December 31, 2020 | 1,299 |
| 33 | January 31, 2021 | 1,482 |

BLM anticipates making a timely February release.  Accordingly, Defendant proposes that it file another status report by March 4, 2021, further apprising the Court of its progress in responding to Plaintiff's FOIA request.

A proposed order is attached.

Dated: February 4, 2021               Respectfully submitted,

        MICHAEL R. SHERWIN
        Acting United States Attorney

        BRIAN P. HUDAK
        Acting Chief, Civil Division

By:   /s/  *Christopher C. Hair*
        CHRISTOPHER C. HAIR, PA Bar No. 396656
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2541
        christopher.hair@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILDEARTH GUARDIANS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 17-2665 (ABJ) |
| BUREAU OF LAND MANAGEMENT, | ) ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

In light of Defendant's status report, it is hereby **ORDERED** that Defendant shall file another status report by March 4, 2021, informing the Court of Defendant's progress in responding to Plaintiff's FOIA request.

**SO ORDERED**.

_____                    _____
Date                                                      Hon. Amy Berman Jackson
                                                          UNITED STATES DISTRICT JUDGE